943 A.2d 849

IN THE MATTER OF NABIL NADIM KASSEM, AN ATTORNEY
AT LAW (ATTORNEY NO. 045761994).

March 19, 2008.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **NABIL NADIM KASSEM** of **PATERSON,** who was admitted to the bar of this State in 1994;

And the Director of the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(b), and that said conduct warrants a censure;

And the Disciplinary Review Board having determined that a censure with the aforementioned conditions is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having determined that respondent should continue to attend counseling and/or drug support groups until discharged;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NABIL NADIM KASSEM** of **PATERSON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.